IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-8-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM FRANCIS ARTIS, | ) | |
| | ) | |
| Defendant. | ) | |

On June 2, 2010, defendant filed a motion for termination of supervised release [D.E. 41]. On June 10, 2010, the government filed a response stating that the government and the United States Probation Office do not oppose defendant's motion for termination of supervised release after one year of supervision [D.E. 42]. The court has considered the record. Defendant's motion [D.E. 41] to terminate his supervised release after one year of supervision is GRANTED.

SO ORDERED. This 30 day of June 2010.

JAMES C. DEVER III
United States District Judge